# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

In Re: Jeffrey A Hirsch    Case Number: 11-30337    Ch: 7

**MOVANT/APPLICANT/PARTIES:**

#72 Motion of Chapter 7 Trustee for order Approving Private Sale of property of the estate free and clear (re: 106 Inverness Lane, Longmeadow, MA)

**OUTCOME:**

- \_\_\_ Granted   \_\_\_ Denied   \_\_\_ Approved   \_\_\_ Sustained
- \_\_\_ Denied   \_\_\_ Denied without prejudice   \_\_\_ Withdrawn in open court   \_\_\_ Overruled
- \_\_\_ OSC enforced/released
- ✔ Continued to: April 5, 2017    For: 11:00AM in Springfield
- \_\_\_ Formal order/stipulation to be submitted by:\_\_\_\_ Date due:\_\_\_\_
- \_\_\_ Findings and conclusions dictated at close of hearing incorporated by reference
- \_\_\_ Taken under advise ment: Brief(s) due\_\_\_\_ From\_\_\_\_
  - Response(s) due\_\_\_\_ From\_\_\_\_
- \_\_\_ Fees allowed in the amount of: $\_\_\_\_ Expenses of: $\_\_\_\_
- \_\_\_ No appearance/response by:\_\_\_\_
- \_\_\_ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

IT IS SO NOTED:    IT IS SO ORDERED:

_____    _Elizabeth D. Katz_    Dated: 03/20/2017

Courtroom Deputy